Gerald D. Keeler Sr.
(Name)

Calavares 01-06L
(Address)

5150 O'Brynes Ferry Rd.
Jamestown, CA 95327
(City, State, Zip)

F87223
(CDC Inmate No.)

**FILED**
JAN 1 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___RTV___ DEPUTY

2254 ___ 1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ✓ No ___
COPIES SENT TO
Court ✓ ProSe ___

# United States District Court
## Southern District of California

Gerald D. Keeler Sr. ,
(Enter full name of plaintiff in this action.)

                                    Plaintiff,

v.

County of San Diego
Michael Espinosa              ,
Richard Murphy                ,
Francisco P. Marty Jr.        ,
San Diego County Probation Dept.,
(Enter full name of each defendant in this action.)
Law Office Of Quirk & Quirk    Defendant(s).
Charles Quirk

'08 CV 0076 JAH PCL
Civil Case No. _____
(To be supplied by Court Clerk)

Complaint Under the
Civil Rights Act
42 U.S.C. § 1983

### A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

42 U.S.C.A. § 1981   U.S.C.A. § 242   42 U.S.C.A. §1985   18 U.S.C.A.
Violation of 5, 6, 8, 14 Amendment of UNITED STATES CONSTITUTION

### B. Parties

1. Plaintiff: This complaint alleges that the civil rights of Plaintiff, **Gerald D. Keeler Sr.**
(print Plaintiff's name)
_____, who presently resides at **Calavares 01-06L**
(mailing address or place of confinement)
**5150 O'Brynes Ferry Road   Jamestown, California 95327**, were violated by the actions of the below named individuals. The actions were directed against Plaintiff at **San Diego Superior Court Dept. 22** on (dates) **08-27-07**, _____, and _____.
(institution/place where violation occurred)   (Count 1)   (Count 2)   (Count 3)

2. Defendants: (Attach same information on additional pages if you are naming more than 4 defendants.)

§ 1983 SD Form
(Rev 5/98)

K:\COMMON\EVERYONE\1983\1983FORM.COM

Defendant **Michael Espinosa** resides in **San Diego**,
(name) (County of residence)
and is employed as a **Probation Officer**. This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: **Employed with San Diego Probation Dept.**

**SEE ATTACHED FACTUAL BACKGROUND**

Defendant **Richard Murphy** resides in **San Diego**,
(name) (County of residence)
and is employed as a **Probation Officer**. This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: ____

**SEE ATTACHED FACTUAL BACKGROUND**

Defendant **Francisco P. Marty Jr.** resides in **San Diego**,
(name) (County of residence)
and is employed as a **Commissioner**. This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: ____

**SEE ATTACHED FACTUAL BACKGROUND**

Defendant **San Diego County Probation Dept** resides in **San Diego**,
(name) (County of residence)
and is employed as a **County Public Entity**. This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: **Fail to train and Supervise Officers**

**Defendant: County of San Diego**   resides in: San Diego
and is employed as a County Public Entity. This defendant is sued in
his/her x individual xx official capacity. Explain how this defendant was acting
under color of law: Fail to train and Supervise Officer.

**Defendant: Law Offices of Quirk & Quirk**   resides in: San Diego

and is employed as a Law Firm. This defendant is sued in his official capacity.
Explain how this defendant was acting under color of law: Fail to train and
Supervise Lawyer.

Cont. Page 2

Defendant:  Charles Quirk                    resides in: San Diego

and is employed as a: Lawyer.    This defendant is sued in his individual and official capacity.  Explain how this defendant defendant was acting under color of law: Charles Quirk conspired to violate constitutional rights by ineffective assistance of counsel. SEE ATTACHED FACTUAL BACKGROUND INFORMATION.

CONSTITUTIONAL VIOLATIONS

THE FOLLOWING CIVIL RIGHTS HAS BEEN VIOLATED

Counts:

1. THE INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

2. INTERFERENCE WITH CONSTITUTIONALLY PROTECTED FAMILY RELATIONSHIP

3. THE NEGLIGENT PERFORMANCE OF PROBATION DUTIES BY PROBATION OFFICERS

4. THE NEGLIGENT PERFORMANCE OF COMMISSIONER DUTIES BY A COMMISSIONER ACTING OUTSIDE OF HIS DUTIES

5. ILLEGAL ARREST AND IMPRISONMENT

6. CRUEL AND UNUSUAL PUNISHMENT

7. SUMMARY PUNISHMENT WITHOUT A TRIAL

8. THE DENIAL OF DUE PROCESS RIGHTS

9. THE USE OF EXCESSIVE FORCE

10. UNLAWFUL SEIZURE OF PERSON

11. COMMISSIONER AND PROBATION OFFICERS CONSPIRED TO INTERFERE WITH CIVIL RIGHTS

12. COMMISSIONER IMPROPERLY CONSIDERED FALSE INFORMATION TO VIOLATE CONSTITUTIONAL RIGHTS

13. OBSTRUCTION OF JUSTICE TO INFLUENCE VIOLATION OF CONSTITUTIONAL RIGHT

14. PROBATION OFFICERS CONSPIRED WITH EACH OTHER TO INTERFERE WITH CIVIL RIGHTS

15. AFFORDED DIFFERENT TREATMENT DUE TO RACE AND ADDICTION

## FACTUAL BACKGROUND

On or about July 30, 2007, plaintiff Gerald D. Keeler Sr, was terminated from prop. 36 after his 3rd dirty drug test. Plaintiff's prop. 36 Public Defender, Cheryl Landi, instructed plaintiff to report to the Probation Department located at 3977 Ohio Street, San Diego, California. Plaintiff reported on or about August 02, 2007 with plaintiff's wife, Josie Keeler, where plaintiff filled out the necessary paperwork and was interviewed by office personnel, who instructed plaintiff to contact North County Probation Department Officer Kathy Arco. On this same day plaintiff contacted Officer Arco and explained that plaintiff had been terminated from the prop. 36 program for plaintiff unmanageable severe drug dependence. An appointment was scheduled for August 29, 2007 at 1:30PM. Plaintiff's prop. 36 sentencing hearing was set for August 27, 2007.

On or about August 21, 2007 plaintiff's wife, Josie Keeler, presented plaintiff with a certified letter that she discovered, opened in their mailbox, that contained instructions of an appointment for August 17, 2007 with Probation Officer Michael Espinosa 1727 Sweetwater Road #200 National City, California 91950. Plaintiff immediately called Officer Espinosa, but as it was after business hours, reached Officer Espinosa's voicemail. Plaintiff left a message stating that he had just received the certified letter, and that plaintiff would call back the following morning. Upon reaching Officer Espinosa the following morning, plaintiff explained that plaintiff did not received, nor sign for Officer Espinosa's certified letter allegedly mailed to plaintiff on August 16, 2007, and that if Officer Espinosa received a PS Form 3811 Domestic Return Receipt with plaintiff's signature on that date, someone must have forged the certified letter. Plaintiff explained that plaintiff's mailbox, which is located approximately 50 to 75 yards from the actual residence, and that a scenario involving a forgery of the document was entirely possible. Plaintiff then proceeded to inform Officer Espinosa of the appointment plaintiff had scheduled with Officer Kathy Arco for August 29, 2007 who plaintiff was told to contact by the probation department. Officer Espinosa stated that in light of this information, he would ask the sentencing court for a continuance in order to fully investigate the matter.

On August 27, 2007 plaintiff appeared at the Superior Court of San Diego,

Dept 22, for plaintiff sentencing hearing. Plaintiff was represented by his Attorney Charles Quirk. During the court proceedings, the recommendation report submitted by Probation Officer Michael Espinosa, and his Supervisor Richard Murphy was presented to the court as evidence. The report stated that plaintiff had himself personally signed for and received a certified letter from Officer Espinosa instructing plaintiff to report on August 17, 2007. This alleged signature for, receivement of, knowledge of, and failing to appear, are the grounds of plaintiff's subsequent arrest and incarceration.

However, plaintiff has gone on record as stating that he never signed for the certified letter, that in fact his signature was a forgery, and the failure of the San Diego County Probation Department and Officer's to investigate and report to the court this crucial information is in violation of plaintiff's State and Federal Constitutional rights. In addition to the negligence and misconduct displayed by the San Diego County Probation Department, County of San Diego and it's Officer's unwillingness to investigate plaintiff's allegation of forgery, Commissioner Francisco P. Marty Jr violated plaintiff's constitutional rights by declining to order an investigation of the allegation of forgery presented to him by Attorney Quirk, and allowing the forgery and thus false evidence to be submitted and used by the court as true. San Diego County Probation Department, County of San Diego, and it's Officer's conspired to imprison plaintiff by developing a preconconceived notion due to plaintiff's race and drug addiction plaintiff signed the certified letter and fail to appear to the interview. Lastly, it is the plaintiff's belief that Commissioner Francisco P. Marty Jr acted negligently on behalf of the court in the failure to more aggressively pursue the allegation of forgery made by plaintiff as he would have, had plaintiff would have been any other race other than black. Resulting in the use of false evidence against plaintiff that should ultimately not have been allowed to be used in a court had plaintiff had been any other race. Plaintiff believe had plaintiff been any other race other than black San Diego County Probation Department, County of San Diego and its Officer's would have pursued the suspect or had at least investigated the forgery matter instead of recommending imprisonment of plaintiff due to plaintiff being black and a drug addict, which resulted in plaintiff illegal and cruel punishment.

Plaintiff was accepted into the prop. 36 program on November 14, 2006 and had never missed a scheduled court appearance while with prop. 36. Plaintiff history will show that his appointments were routinely kept while on prop. 36, and plaintiff instructions to report were always met. Had plaintiff indeed received and signed for Officer Espinosa certified mail, plaintiff would have

reported to Officer's Espinosa appointment like he reported to the County Probation Office located on Ohio street on or about August 02, 2007 and would have never have been subjected to this racist, partial, bias, illegal imprisonment. Had at any point prior too plaintiff's sentencing hearing or at any point during plaintiff sentence hearing the court or probation officers taken its law binding responsibility to compare signatures to determine whether the forged signature was the signature of the supposed writer or if it was indeed forged. San Diego County Probation Department, County of San Diego, and its Officer's had the means of obtaining personal knowledge of plaintiff's signature right there in the court room or prior to appearing in court. There was a period between August 16, 2007 and August 27, 2007 several steps could have been taken to determine if there were enough evidence to prove plaintiff intentionally avoided a interview or there were indeed some foul play. Had these steps been taken this would have been discovered and dismissed as false evidence and plaintiff let free to meet any future appointments or obligations. Due to Racism, gross negligence, recklessness, malice, intentional conduct, conspiracy to violate plaintiff's constitutional rights on the part of San Diego County Probation Officer's Michael Espinosa, Richard Murphy, and County of San Diego Commissioner Francisco P. Marty Jr, and on part of San Diego County Probation Department, and County of San Diego failing to properly train and supervise their Officer's plaintiff was denied the State and Federal Constitution of the United States of America due to his race and addiction. Commissioner Francisco P. Marty Jr fail/refuse to use prop. 36 30 day jail sanctions like offered to addicts which were tool's used to help and bring drug addicts in compliance with drug treatment. However, quickly imprison plaintiff due to racism and intentional misconduct and cruel and unusual punishment due to false evidence of forged tampered United States Mail.

    Plaintiff was imprisoned from August 27, 2007 until September 17, 2007 due someone forging plaintiff signature and San Diego County Probation Department, County of San Diego, and its Officer's failing/refusing to investigate who knew or should have known the signature on the PS Form 3811 was not the signature of the plaintiff therefore illegally recommending and incarcerating plaintiff due to racism, and misconduct and use of power.

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: _____
THE INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

SEE ATTACHED FACTUAL BACKGROUND PAGE.

0db8b433cab8d11c

**Count 2:** The following civil right has been violated: INTERFERENCE WITH PLAINTIFF CONSTITUTIONALLY PROTECTED FAMILY RELATIONSHIP

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

**Supporting Facts:** [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

**SEE ATTACHED FACTUAL BACKGROUND PAGE.**

**Count 3:** The following civil right has been violated:

§ 1983 SD Form (Rev. 5/98)

4

K:\COMMON\EVERYONE\1983\1983FORM.COM

**SEE ALL COUNTS ON ATTACHED PAGES.** (E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

<u>Supporting Facts:</u> [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

**SEE ADDITIONAL COUNTS ON ATTACHED PAGES.**

D. Previous Lawsuits and Administrative Relief

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts

involved in this case?  ☐ Yes  ☒ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: _____

Defendants: _____

(b) Name of the court and docket number: _____
_____

(c) Disposition: [ For example, was the case dismissed, appealed, or still pending?] _____
_____

(d) Issues raised: _____
_____
_____
_____
_____

(e) Approximate date case was filed: _____
(f) Approximate date of disposition: _____

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ?  ☐ Yes  ☒ No.

If your answer is "Yes", briefly describe how relief was sought and the results.  If your answer is "No", briefly explain why administrative relief was not sought.

**THIS IS NOT A INCARCERATION ISSUE IN PRISON**
_____
_____
_____
_____
_____
_____

## E. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): ~~Destroying the United States Certified Mail Receipt Form 3811 Domestic Return Receipt and produce Evidence Showing the Forged Signature of the Culprit on Form 3811~~

2. Damages in the sum of $ 5,000,000.00

3. Punitive damages in the sum of $ 5 million (5,000,000.00)

4. Other: 1 million (1,000.000.00 behalf of Josie Keeler due to the deprivation of love, care, support, companionship thus causing emotional and mental distress. Plaintiff seek reasonable attorney's fees and the costs insured in litigation this action pursuant to 42 U.S.C.A.§ 1988

## F. Demand for Jury Trial

Plaintiff demands a trial by ☒ Jury ☐ Court. (Choose one.)

## G. Consent to Magistrate Judge Jurisdiction

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.

OR

☒ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

1-8-08
Date

Signature of Plaintiff

# PROOF OF SERVICE BY MAIL
## [C.C.P. § 1013 (a) § 2015.5]

I, __GERALD D. KEELER SR.__ hereby declare:

1. I am over the age of eighteen (18) and [not] a party to this action. I am an inmate in the County of Tuolumne, CDCR # __F87223__. With the address of:

   5150 O'BYRNES FERRY ROAD
   JAMESTOWN, CA 95327

2. On __1-08-__, 2__008__, I served via United States Mail a copy Of the following document(s):

   [ ] DEMAND FOR SPEEDY TRIAL, PURSUANT TO PENAL CODE § 1381
   [ ] MOTION FOR DISMISSAL, PURSUANT TO PENAL CODE § 1381
   [ ] RESPONSE TO DISOLUTION OF MARRIAGE
   [ ] DEMAND FOR DISMISSAL, PURSUANT TO VEHICLE CODE § 41500
   [ ] WRIT OF HABEAS CORPUS
   [X] OTHER (Specify) __Civil Rights Complaint under 42 U.S.C. § 1983__

   3

   In the matter and /or case of __Gerald D. Keeler/plaintiff vs. Defendants__
   case no __United States District Court Southern District__ for the ~~County~~ or Court of __California__, in an envelope, sealed in view of staff, with the address to be processed through the mailroom at this facility. The envelope was placed into the designated mail receptacle and mailed to the following address(es) noted:

   1. __IN THE United States District Court__
   2. __Southern District of CALIFORNIA__
   __Clerk of U.S District Court, Rm 4290__
   3. __880 FRONT STREET__
   4. __SAN DIEGO, CA 92101-8900__
   5. ____
   6. ____

I declare under penalty of perjury that the foregoing is true and correct to the best of my Knowledge.

This document was executed on the __8th__ day of __JANUARY__ for the year __2008__
At Jamestown, California

Name __GERALD D. KEELER__      Signature __Gerald D. Keeler Sr.__

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Gerald D. Keller Sr.

Espinosa, et al

FILING FEE PAID  Yes ☐  No ☑
IFP MOTION FILED  Yes ☐  No ☑
COPIES SENT TO  Court ☑  Prob. ☐
2254  1983

FILED
JAN 1 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**  Tuolumne
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Gerald D. Keller Sr.
5150 O'Brynes Ferry Road
Jamestown, CA 95327
F-87223

ATTORNEYS (IF KNOWN)

'08 CV 0076 JAH PCL

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

42 U.S.C. 1983

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 640 RR & Truck | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 862 Black Lung (923) | |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ Security Act | | ☐ 950 Constitutionality of State |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | ☐ 890 Other Statutory Actions |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removal from State Court
☐ 3 Remanded from Appelate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23   DEMAND $ _____   Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):   JUDGE _____   Docket Number _____

DATE  1/11/2008                SIGNATURE OF ATTORNEY OF RECORD
                                [signature]