# UNITED STATES DISTRICT COURT
## ~~EASTERN~~ DISTRICT OF CALIFORNIA
*Southern*

Petitioner

vs.

Respondent(s)

**APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER**



**FILED**

JAN 1 1 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

CASE NUMBER:  **'08 CV 0076 JAH PCL**

I, _GERALD D. KEELER SR_, declare that I am the petitioner in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the petition.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated:  ☒ Yes    ☐ No (If "No" DO NOT USE THIS FORM)

   If "Yes" state the place of your incarceration. _Sierra Conservation Center, P.O. Box 617 (S.C.C.) Jamestown, CA 95327_

   **Have the institution fill out the Certificate portion of this application.**

2. Are you currently employed?  ☒ Yes    ☐ No

   a. If the answer is "Yes" state the amount of your pay. _Job # CLK-N.06 (Radio Room work) No pay_

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer. _none_

3. In the past twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☒ No
   b. Rent payments, interest or dividends             ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments   ☐ Yes    ☒ No
   d. Disability or workers compensation payments      ☐ Yes    ☒ No
   e. Gifts or inheritances                            ☐ Yes    ☒ No
   f. Any other sources                                ☐ Yes    ☒ No

If the answer to any of the above is "Yes" describe by that item each source of money and state the amount received **and** what you expect you will continue to receive. Please attach an additional sheet if necessary.

ifpform.hab (rev. 7/02)

4. Do you have cash or checking or savings accounts?    ☐ Yes    ☒ No

If "Yes" state the total amount: _Incarcerated_

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?    ☒ Yes    ☒ No    *IN FORECLOSURE*
    *2685 Daisy Ln*
    *Fallbrook, CA 92028*

If "Yes" describe the property and state its value. _Incarcerated_
_3418-3424 Nile St    IN_    _31118 Ruidosa St_    ?
_San Diego, CA 92104 - Foreclosure_    _Temecula, CA 92592_ ?
    *3482 Monroe #6*
    *San Diego, CA 92105*
    ↙
    *IN Foreclosure*

6. Do you have any other assets?    ☐ Yes    ☒ No

If "Yes" list the asset(s) and state the value of each asset listed.

7. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. _none_

I declare under penalty of perjury that the above information is true and correct.

_12/26/07_
DATE

_[signature]_
SIGNATURE OF APPLICANT

## CERTIFICATE
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _∅_ on account to his/her credit at _Sierra Conservation Center_ (name of institution). I further certify that during the past six months the applicant's average monthly balance was $ _∅_. I further certify that during the past six months the average of monthly deposits to the applicant's account was $ _∅_.

_12/28/07_
DATE

_Dan Rahn, Accounting Technician_
SIGNATURE OF AUTHORIZED OFFICER

ifpform.hab (rev. 7/02)

REPORT ID: TS3030 .701

REPORT DATE: 12/28/07
PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS
SIERRA CONSERVATION CENTER
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JUN. 01, 2007 THRU DEC. 28, 2007

ACCOUNT NUMBER : F87223
ACCOUNT NAME   : KEELER, GARY
PRIVILEGE GROUP: A

BED/CELL NUMBER: CAA 0100800006L
ACCOUNT TYPE: I

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|------|-----------|-------------|---------|-----------|----------|-------------|---------|
| 06/01/2007 | | BEGINNING BALANCE | | | | | 0.00 |
| 12/11 | D320 | TRUST FUNDS | T 1647 RJD | | 37.83 | | 37.83 |
| 12/11 | W512 | LEGAL POSTAGE | 1652 11/9 | | | 1.31 | 36.52 |
| 12/11 | W516 | LEGAL COPY CH | 1652 11/08 | | | 7.17 | 29.35 |
| 12/11 | W516 | LEGAL COPY CH | 1652 11/28 | | | 0.48 | 28.87 |
| 12/11 | W516 | LEGAL COPY CH | 1652 11/28 | | | 0.48 | 28.39 |
| 12/14 | W516 | LEGAL COPY CH | 1686 12/05 | | | 1.80 | 26.59 |
| 12/14 | W516 | LEGAL COPY CH | 1686 12/06 | | | 0.36 | 26.23 |
| 12/19 | FC01 | BRW-FAC 1 | 1741CAL3RD | | | 26.23 | 0.00 |

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|-------------|-----------|-------------|---------|-------------|
| 12/27/2007 | H109 | LEGAL POSTAGE HOLD | 1813 12/17 | 1.23 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|-------------------|----------------|-------------------|-----------------|---------------|---------------------------|
| 0.00 | 37.83 | 37.83 | 0.00 | 1.23 | 0.00 |

CURRENT
AVAILABLE
BALANCE
--------
1.23-

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:

CALIFORNIA DEPARTMENT OF CORRECTIONS

BY _____

TRUST OFFICE SCC  12/28/07