# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

**FILED**
2008 APR -1 PM 1:26

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

TO: ☑ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE
FROM: R. Mullin, Deputy Clerk   RECEIVED DATE: 3/27/2008
CASE NO.: 08cv0076 JAH (PCL)   DOCUMENT FILED BY: Plaintiff
CASE TITLE: Keeler v. County of San Diego, et al
DOCUMENT ENTITLED: Motion for Appointment of Counsel

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | **OTHER: No original signature.** ; Case termed per Order dated 2/27/08. Plaintiff must comply with Court order re amendment in order to re-open case before 4/14/08. |

Date forwarded: 3/28/2008

### ORDER OF THE JUDGE / MAGISTRATE JUDGE
IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☑ Yes.   Court Copy retained by chambers ☐

Pls. also attach copy of 2/27/08 Order [Doc. No. 3].

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Judge Houston

Dated: 4/1/08   By: KMB, PSLC
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

Gerald D. Keeler Sr.
(Name)
F87223          01-06L
(CDC#)          (Cell)
5150 O'Brynes Ferry Rd.
Jamestown, CA 95327

In Pro Se

**REJECTED**

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

Gerald D. Keeler Sr.,

Petitioner,

vs.

Defendant(s).
Richard Murphy
Michael Espinosa
County of San Diego

CASE NUMBER: 08-0076 (JAH)(PCL)

MOTION AND DECLARATION FOR APPOINTMENT OF COUNSEL

COMES NOW, Petitioner Gerald D. Keeler Sr, who respectfully moves this Honorable Court for an order appointing counsel at public expense pursuant to 28 U.S.C., section 1915(d); 18 U.S.C., section 3006A.

[XX]   Counsel should be appointed because the issues in this case are particularly complex. <u>Dillon v. United States</u>, (9th Cir. 1962) 307 F.2d 445; <u>Hawkins v.</u> Bennet, (1970) 423 F.2d 948  These issues are set forth as follows: 1. Intentional Infliction of Emotional Distress  2. Interference with Constitutuionally Protected Family Relationship 3. Illegal Arrest And Imprisonment 4. Cruel And Unusual Punishment 5. Summary Punishment Without a Trial 6. The Denial of Due Process 7. The Use Of Excessive Force 8. Unlawful Seizure Of Person 9. Negligent By Probation Officers 9. Malicious Prosecution