Gerald D. Keeler Sr.
(Name)

Calavares 01-06L
(Address)

5150 O'Brynes Ferry Rd.
(City, State, Zip)

Jamestown, Ca  95327
(CDC Inmate No.)

F87223

FILED

2008 APR -2  PM 4:29

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

NUNC PRO TUNC

MAR 2 7 2008

# United States District Court
## Southern District of California

Gerald D. Keeler Sr.          ,
(Enter full name of plaintiff in this action.)

                          Plaintiff,

v.

County of San Diego          ,

San Diego County Probation   ,

Michael Espinosa             ,

Richard Murphy               ,
(Enter full name of each defendant in this action.)
                          Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Case No. 08-0076 JAH (PCL)
(To be supplied by Court Clerk)

**FIRST AMENDED**
Complaint under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983.  If you wish to assert jurisdiction under different or additional authority, list them below.
42 U.S.C.A. §1981 / U.S.C.A. §242 / 42 U.S.C.A. §1985 / 18 U.S.C.A.      .

## B. Parties

1. Plaintiff:  This complaint alleges that the civil rights of Plaintiff, _Gerald D._
(print Plaintiff's name)
_Keeler Sr._          , who presently resides at _Calaveras 01-06L_
(mailing address or place of confinement)
_5150 O'Brynes Ferry Road Jamestown, CA  95327_      , were violated by the actions

of the below named individuals.  The actions were directed against Plaintiff at_San Diego_

_County Superior Courthouse Dept.22_ on (dates) _8-27-2007_ , _8-27-2007_ , and _8-27-2007_ .
(institution/place where violation occurred)      (Count 1)          (Count 2)          (Count 3)
                          PLEASE NOTE: ALL COUNTS : 08-27-2007

§ 1983 SD Form
(Rev. 4/06)



2. **Defendants:** (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant ___County Of San Diego___ resides in ___San Diego, California___ ,
　　　　　　　　　　(name)　　　　　　　　　　　　　　　　　　(County of residence)
and is employed as a ___County of San Diego___ . This defendant is sued in
　　　　　　　　　　　　　(defendant's position/title (if any))
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: _____

_____

_____ .

Defendant ___San Diego County Probation___ resides in ___San Diego, California___ ,
　　　　　　　　　　(name)　　　　　　　　　　　　　　　　　　(County of residence)
and is employed as a ___County Of San Diego___ . This defendant is sued in
　　　　　　　　　　　　　(defendant's position/title (if any))
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: _____

_____

_____ .

Defendant ___Michael Espinosa___ resides in ___San Diego, California___ ,
　　　　　　　　　　(name)　　　　　　　　　　　　　　　　　　(County of residence)
and is employed as a ___County of San Diego___ . This defendant is sued in
　　　　　　　　　　　　　(defendant's position/title (if any))
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: _____

_____

_____ .

Defendant ___Richard Murphy___ resides in ___San Diego, California___ ,
　　　　　　　　　　(name)　　　　　　　　　　　　　　　　　　(County of residence)
and is employed as a ___County of San Diego___ . This defendant is sued in
　　　　　　　　　　　　　(defendant's position/title (if any))
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting

under color of law: _____

_____

_____ .

## CONSTITUTIONAL VIOLATIONS

### The Following Civil Right Has Been Violated:

1,    The Intentional Infliction of Emotional Distress

2,    Interference With Constitutionally Protected Family Relationship

3,    Illegal Arrest And Imprisonment

4,    Cruel And Unusual Punishment

5,    Summary Punishment Without A Trial

6,    The Denial Of Due Process

7,    The Use Of Excessive Force

8,    Unlawful Seizure Of Person

9,    The Negligent Performance Of Probation Duties By Probation Officers

10,    Malicous Prosecution

11,    Different treatment due To Racial Discrimination

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count.1 The following civil right has been violated: __Intentional Infliction Of__

Emotional Distress ·
(E.g., right to medical care, access to courts, .

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 1.]

On August 27, 2007 at the San Diego County Superior Courthouse Department 22, 220 West Broadway San Diego, California 92101, plaintiff's constitution right of the United States of America was violated by the County of San Diego, San Diego County Probation Department, Probation Officers Michael Espinosa, and his superivsor Richard Murphy to be free from: Intentional Infliction of Emotional Distress Probation Officers Michael Espinosa, Richard Murphy negligently, intentionally submitted false evidence, known to be false and/or should have known it was false and submitted it before the court as true/genuine, a tampered, forged U.S. Certified Mail Record PS FORM 3811 "Domestic Return Receipt." This false evidence stated "according to the United States mail record plaintiff himself, personally received, had knowledge of, personally signed for the U.S. certified letter on August 16, 2007 at 2:11 PM, and intentionally fail/refused to appear for August 17, 2007 10:00 AM interview. Plaintiff failure to appear prevented Officer Espinosa the opportunity to conduct a interview and generate a presentence report prior to August 27, 2007 sentencing hearing in pursuant to Cal. Rules of Court 4.411 pages 35380,35381/West's Ann. Cal. Penal Code §1203(c) page 88135. Due to Probation Officers Espinosa, Murphy submission of false evidence and the request/recommendation of plaintiff's arrest and incarceration Commissioner Francisco Marty used the false evidence as true, and granted Officers Espinosa, Murphy's request and recommendation and ordered Intentional Infliction of Emotional Distress against plaintiff by enforcing and implementing the law, policy, custom, and practice of West's Ann. Cal. Penal Code §1203c(c). Had Officers Espinosa, Murphy investigated plaintiff's suspicion of tampering and forgery of U.S. mail on August 22, 2007 and had not recklessly disregarded the truth that plaintiff did not himself, receive, or sign for the U.S. certified mail on August 16, 2007, it would have been discovered plaintiff is the victim of the crime of forgery which deprived plaintiff the opportunity to appear for the interview on August 17, 2007. Had Probation . Officers Michael, and his supervisor Richard

Cont. Count. __1__ Page. 2

Murphy made any attempt to contact Probation Officer Kathy Arco, to verify
plaintiff's presentence report interview Officer Kathy Arco scheduled on or
around August 07, 2007 at the North County Probation Department 325 Melrose
Drive Vista, California 92083 for August 29, 2007, Officers Espinosa, and
Murphy would have known plaintiff routinely comply, contact, appear when
directed and instructed to do so.  Obviously on August 02, 2007 plaintiff
complied when personnel at San Diego County Probation Department 3977 Ohio
Street San Diego, California instructed plaintiff to contact probation
Officer Kathy Arco for a interview at the North County location since
plaintiff live in Fallbrook, California.  North County Probation Department
is located approximately 40 miles round-trip from Fallbrook compared to
approximately 120 to 130 miles round-trip to National City, California and
back.  This made sense when plaintiff was told to contact Probation Officer
Kathy Arco, but became confused when plaintiff received the U.S. certified
letter on August 21, 2007 due to the already scheduled interview.  However,
plaintiff would have complied on August 17, 2007 had plaintiff not have been
a victim of a crime that was committed on August 16, 2007.  The truth of
the crime of forgery would have been discovered had any investigation at-
tempts would have been implemented in regards to plaintiff's suspicion of
foul play.  Probation Officers Michael Espinosa, Richard Murphy could have respond-
ed to plaintiff's suspicion of forgery who had the means of and could have
made a attempt and effort in obtaining personal knowledge of plaintiff's
signature too compare with the culprit forged signature received back on
the United States Certified Mail Record PS FORM 3811 "Domestic Return
Receipt" on August 16, 2007.  Due to Probation Officers Michael Espinosa,
and his supervisor Richard Murphy deliberate indifference, racial discrima-
nation, gross negligence, recklessness, malice, intentional conduct,
malicious prosecution, conspiracy, acting under the color of state law to
violate plaintiff constitutional right of the United States to be free from
Intent of Emotional Distress    on part of County of San Diego, San Diego County
Probation Department, Probation Officers Michael Espinosa, and his super-
visor Richard Murphy and on part of the County of San Diego, San Diego
County Probation Department failing to properly train and supervise their
officer's, plaintiff was deprived of the constitution of the United States
of America to be free from Intent of Emotional Distress    .  The intentional act
of deliberate indifference and constitutional violation caused plaintiff
severe mental, emotional, physical, and financial distress of being deprived

Cont. Count. __1__ Page. 3

of the right to be free from Intentional Infliction of Emotional Distress due to being seized, arrest, and incarcerated for 22 days pending a rescheduled sentencing hearing with a bail set in the amount of $55,000.00 dollars due to the implementation and enforcement of the law, policy, custom, and practice of West's Ann. Cal. Penal Code Section 1203c(C) page. 88135. The implementation and enforcement of Penal Code §1203c(c) was based on false evidence submitted to the court and accepted as true which led to the sought, request, recommendation and enforcement of plaintiff's incarceration. Plaintiff's is the victim of a crime, and Officers Michael Espinosa, and Richard Murphy compound the error and committed another crime due to the submission of known false evidence to the court, and the unjustice of violating plaintiff's constitutional rights of the United States of America.

Respectfully Submitted


Gerald D. Keeler Sr.
Plaintiff

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count. 2  The following civil right has been violated: <u>Interference With Constitutionally</u>

<u>Protected Family Relationship</u>     (E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

<u>Supporting Facts:</u>  [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

On August 27, 2007 at the San Diego County Superior Courthouse Department 22, 220 West Broadway San Diego, California 92101, plaintiff's constitution right of the United States of America was violated by the County of San Diego, San Diego County Probation Department, Probation Officers Michael Espinosa, and his superivsor Richard Murphy to be free from: Interference Family Relationship. Probation Officers Michael Espinosa, Richard Murphy negligently, intentionally submitted false evidence, known to be false and/or should have known it was false and submitted it before the court as true/genuine, a tampered, forged U.S. Certified Mail Record PS FORM 3811 "Domestic Return Receipt." This false evidence stated "according to the United States mail record plaintiff himself, personally received, had knowledge of, personally signed for the U.S. certified letter on August 16, 2007 at 2:11 PM, and intentionally fail/refused to appear for August 17, 2007 10:00 AM interview. Plaintiff failure to appear prevented Officer Espinosa the opportunity to conduct a interview and generate a presentence report prior to August 27, 2007 sentencing hearing in pursuant to Cal. Rules of Court 4.411 pages 35380,35381/West's Ann. Cal. Penal Code §1203c(c) page 88135. Due to Probation Officers Espinosa, Murphy submission of false evidence and the request/recommendation of plaintiff's arrest and incarceration Commissioner Francisco Marty used the false evidence as true, and granted Officers Espinosa, Murphy's request and recommendation and ordered *Interference Family Relationship* against plaintiff by enforcing and implementing the law, policy, custom, and practice of West's Ann. Cal. Penal Code §1203c(c). Had Officers Espinosa, Murphy investigated plaintiff's suspicion of tampering and forgery of U.S. mail on August 22, 2007 and had not recklessly disregarded the truth that plaintiff did not himself, receive, or sign for the U.S. certified mail on August 16, 2007, it would have been discovered plaintiff is the victim of the crime of forgery which deprived plaintiff the opportunity to appear for the interview on August 17, 2007. Had Probation Officers Michael, and his supervisor Richard

Cont. Count. _2_ Page. 2

Murphy made any attempt to contact Probation Officer Kathy Arco, to verify
plaintiff's presentence report interview Officer Kathy Arco scheduled on or
around August 07, 2007 at the North County Probation Department 325 Melrose
Drive Vista, California 92083 for August 29, 2007, Officers Espinosa, and
Murphy would have known plaintiff routinely comply, contact, appear when
directed and instructed to do so.  Obviously on August 02, 2007 plaintiff
complied when /personnel at San Diego County Probation Department 3977 Ohio
Street San Diego, California instructed plaintiff to contact probation
Officer Kathy Arco for a interview at the North County location since
plaintiff live in Fallbrook, California.  North County Probation Department
is located approximately 40 miles round-trip from Fallbrook compared to
approximately 120 to 130 miles round-trip to National City, California and
back.  This made sense when plaintiff was told to contact Probation Officer
Kathy Arco, but became confused when plaintiff received the U.S. certified
letter on August 21, 2007 due to the already scheduled interview.  However,
plaintiff would have complied on August 17, 2007 had plaintiff not have been
a victim of a crime that was committed on August 16, 2007.  The truth of
the crime of forgery would have been discovered had any investigation at-
tempts would have been implemented in regards to plaintiff's suspicion of
foul play. Probation Officers Michael Espinosa, Richard Murphy could have respond-
ed to plaintiff's suspicion of forgery who had the means of and could have
made a attempt and effort in obtaining personal knowledge of plaintiff's
signature too compare with the culprit forged signature received back on
the United States Certified Mail Record PS FORM 3811 "Domestic Return
Receipt" on August 16, 2007.  Due to Probation Officers Michael Espinosa,
and his supervisor Richard Murphy deliberate indifference, racial discrima-
nation, gross negligence, recklessness, malice, intentional conduct,
malicious prosecution, conspiracy, acting under the color of state law to
violate plaintiff constitutional right of the United States to be free from
_Interference Family Relationship_ on part of County of San Diego, San Diego County
Probation Department, Probation Officers Michael Espinosa, and his super-
visor Richard Murphy and on part of the County of San Diego, San Diego
County Probation Department failing to properly train and supervise their
officer's, plaintiff was deprived of the constitution of the United States
of America to be free from _Interference family Relationship_.  The intentional act
of deliberate indifference and constitutional violation caused plaintiff
severe mental, emotional, physical, and financial distress of being deprived

Cont. Count. _2_ Page. 3

of the right to be free from *Interference Family Relationship* due to being
seized, arrest, and incarcerated for 22 days pending a rescheduled sentenc-
ing hearing with a bail set in the amount of $55,000.00 dollars due to the
implementation and enforcement of the law, policy, custom, and practice of
West's Ann. Cal. Penal Code Section 1203c(C) page. 88135. The implementa-
tion and enforcement of Penal Code §1203c(c) was based on false evidence
submitted to the court and accepted as true which led to the sought,
request, recommendation and enforcement of plaintiff's incarceration.
Plaintiff's is the victim of a crime, and Officers Michael Espinosa, and
Richard Murphy compound the error and committed another crime due to the
submission of known false evidence to the court, and the unjustice of
violating plaintiff's constitutional rights of the United States of America.


Respectfully Submitted



Gerald D. Keeler Sr.
Plaintiff

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 3 The following civil right has been violated: __Illegal Arrest And__

__Imprisonment__ (E.g., right to medical care, access to courts,

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

On August 27, 2007 at the San Diego County Superior Courthouse Department 22, 220 West Broadway San Diego, California 92101, plaintiff's constitution right of the United States of America was violated by the County of San Diego, San Diego County Probation Department, Probation Officers Michael Espinosa, and his superivsor Richard Murphy to be free from: Illegal Arrest And Imprisonment Probation Officers Michael Espinosa, Richard Murphy negligently, intentionally submitted false evidence, known to be false and/or should have known it was false and submitted it before the court as true/genuine, a tampered, forged U.S. Certified Mail Record PS FORM 3811 "Domestic Return Receipt." This false evidence stated "according to the United States mail record plaintiff himself, personally received, had knowledge of, personally signed for the U.S. certified letter on August 16, 2007 at 2:11 PM, and intentionally fail/refused to appear for August 17, 2007 10:00 AM interview. Plaintiff failure to appear prevented Officer Espinosa the opportunity to conduct a interview and generate a presentence report prior to August 27, 2007 sentencing hearing in pursuant to Cal. Rules of Court 4.411 pages 35380,35381/West's Ann. Cal. Penal Code §1203c(c) page 88135. Due to Probation Officers Espinosa, Murphy submission of false evidence and the request/recommendation of plaintiff's arrest and incarceration Commissioner Francisco Marty used the false evidence as true, and granted Officers Espinosa, Murphy's request and recommendation and ordered Illegal Arrest And Imprisonment against plaintiff by enforcing and implementing the law, policy, custom, and practice of West's Ann. Cal. Penal Code §1203c(c). Had Officers Espinosa, Murphy investigated plaintiff's suspicion of tampering and forgery of U.S. mail on August 22, 2007 and had not recklessly disregarded the truth that plaintiff did not himself, receive, or sign for the U.S. certified mail on August 16, 2007, it would have been discovered plaintiff is the victim of the crime of forgery which deprived plaintiff the opportunity to appear for the interview on August 17, 2007. Had Probation Officers Michael, and his supervisor Richard

Cont. Count. 3  Page. 2

Murphy made any attempt to contact Probation Officer Kathy Arco, to verify
plaintiff's presentence report interview Officer Kathy Arco scheduled on or
around August 07, 2007 at the North County Probation Department 325 Melrose
Drive Vista, California 92083 for August 29, 2007, Officers Espinosa, and
Murphy would have known plaintiff routinely comply, contact, appear when
directed and instructed to do so.  Obviously on August 02, 2007 plaintiff
complied when personnel at San Diego County Probation Department 3977 Ohio
Street San Diego, California instructed plaintiff to contact probation
Officer Kathy Arco for a interview at the North County location since
plaintiff live in Fallbrook, California.  North County Probation Department
is located approximately 40 miles round-trip from Fallbrook compared to
approximately 120 to 130 miles round-trip to National City, California and
back.  This made sense when plaintiff was told to contact Probation Officer
Kathy Arco, but became confused when plaintiff received the U.S. certified
letter on August 21, 2007 due to the already scheduled interview.  However,
plaintiff would have complied on August 17, 2007 had plaintiff not have been
a victim of a crime that was committed on August 16, 2007.  The truth of
the crime of forgery would have been discovered had any investigation at-
tempts would have been implemented in regards to plaintiff's suspicion of
foul play.  Probation Officers Michael Espinosa, Richard Murphy could have respond-
ed to plaintiff's suspicion of forgery who had the means of and could have
made a attempt and effort in obtaining personal knowledge of plaintiff's
signature too compare with the culprit forged signature received back on
the United States Certified Mail Record PS FORM 3811 "Domestic Return
Receipt" on August 16, 2007.  Due to Probation Officers Michael Espinosa,
and his supervisor Richard Murphy deliberate indifference, racial discrima-
nation, gross negligence, recklessness, malice, intentional conduct,
malicious prosecution, conspiracy, acting under the color of state law to
violate plaintiff constitutional right of the United States to be free from
Illegal Arrest And Imprisonment on part of County of San Diego, San Diego County
Probation Department, Probation Officers Michael Espinosa, and his super-
visor Richard Murphy and on part of the County of San Diego, San Diego
County Probation Department failing to properly train and supervise their
officer's, plaintiff was deprived of the constitution of the United States
of America to be free from Illegal Arrest And Imprisonment.  The intentional act
of deliberate indifference and constitutional violation caused plaintiff
severe mental, emotional, physical, and financial distress of being deprived

Cont. Count. _3_  Page. 3

of the right to be free from  _Illegal Arrest And Imprisonment_ due to being
seized, arrest, and incarcerated for 22 days pending a rescheduled sentenc-
ing hearing with a bail set in the amount of $55,000.00 dollars due to the
implementation and enforcement of the law, policy, custom, and practice of
West's Ann. Cal. Penal Code Section 1203c(C) page. 88135.  The implementa-
tion and enforcement of Penal Code §1203c(c) was based on false evidence
submitted to the court and accepted as true which led to the sought,
request, recommendation and enforcement of plaintiff's incarceration.
Plaintiff's is the victim of a crime, and Officers Michael Espinosa, and
Richard Murphy compound the error and committed another crime due to the
submission of known false evidence to the court, and the unjustice of
violating plaintiff's constitutional rights of the United States of America.


Respectfully Submitted


Gerald D. Keeler Sr.
Plaintiff

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Coun T. 4 The following civil right has been violated: _Cruel And Unusual_
_____ (E.g., right to medical care, access to courts,

_Punishment_

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

On August 27, 2007 at the San Diego County Superior Courthouse Department 22, 220 West Broadway San Diego, California 92101, plaintiff's constitution right of the United States of America was violated by the County of San Diego, San Diego County Probation Department, Probation Officers Michael Espinosa, and his superivsor Richard Murphy to be free from: Cruel And Unusual Punishment. Probation Officers Michael Espinosa, Richard Murphy negligently, intentionally submitted false evidence, known to be false and/or should have known it was false and submitted it before the court as true/genuine, a tampered, forged U.S. Certified Mail Record PS FORM 3811 "Domestic Return Receipt." This false evidence stated "according to the United States mail record plaintiff himself, personally received, had knowledge of, personally signed for the U.S. certified letter on August 16, 2007 at 2:11 PM, and intentionally fail/refused to appear for August 17, 2007 10:00 AM interview. Plaintiff failure to appear prevented Officer Espinosa the opportunity to conduct a interview and generate a presentence report prior to August 27, 2007 sentencing hearing in pursuant to Cal. Rules of Court 4.411 pages 35380,35381/West's Ann. Cal. Penal Code §1203c(c) page 88135. Due to Probation Officers Espinosa, Murphy submission of false evidence and the request/recommendation of plaintiff's arrest and incarceration Commissioner Francisco Marty used the false evidence as true, and granted Officers Espinosa, Murphy's request and recommendation and ordered Cruel And Unusual Punishment against plaintiff by enforcing and implementing the law, policy, custom, and practice of West's Ann. Cal. Penal Code §1203c(c). Had Officers Espinosa, Murphy investigated plaintiff's suspicion of tampering and forgery of U.S. mail on August 22, 2007 and had not recklessly disregarded the truth that plaintiff did not himself, receive, or sign for the U.S. certified mail on August 16, 2007, it would have been discovered plaintiff is the victim of the crime of forgery which deprived plaintiff the opportunity to appear for the interview on August 17, 2007. Had Probation Officers Michael, and his supervisor Richard

Cont. Count. 4 Page. 2

Murphy made any attempt to contact Probation Officer Kathy Arco, to verify
plaintiff's presentence report interview Officer Kathy Arco scheduled on or
around August 07, 2007 at the North County Probation Department 325 Melrose
Drive Vista, California 92083 for August 29, 2007, Officers Espinosa, and
Murphy would have known plaintiff routinely comply, contact, appear when
directed and instructed to do so.   Obviously on August 02, 2007 plaintiff
complied when personnel at San Diego County Probation Department 3977 Ohio
Street San Diego, California instructed plaintiff to contact probation
Officer Kathy Arco for a interview at the North County location since
plaintiff live in Fallbrook, California.   North County Probation Department
is located approximately 40 miles round-trip from Fallbrook compared to
approximately 120 to 130 miles round-trip to National City, California and
back.   This made sense when plaintiff was told to contact Probation Officer
Kathy Arco, but became confused when plaintiff received the U.S. certified
letter on August 21, 2007 due to the already scheduled interview.   However,
plaintiff would have complied on August 17, 2007 had plaintiff not have been
a victim of a crime that was committed on August 16, 2007.   The truth of
the crime of forgery would have been discovered had any investigation at-
tempts would have been implemented in regards to plaintiff's suspicion of
foul play. Probation Officers Michael Espinosa, Richard Murphy could have respond-
ed to plaintiff's suspicion of forgery who had the means of and could have
made a attempt and effort in obtaining personal knowledge of plaintiff's
signature too compare with the culprit forged signature received back on
the United States Certified Mail Record PS FORM 3811 "Domestic Return
Receipt" on August 16, 2007.   Due to Probation Officers Michael Espinosa,
and his supervisor Richard Murphy deliberate indifference, racial discrima-
nation, gross negligence, recklessness, malice, intentional conduct,
malicious prosecution, conspiracy, acting under the color of state law to
violate plaintiff constitutional right of the United States to be free from
Cruel And Unusual Punishment on part of County of San Diego, San Diego County
Probation Department, Probation Officers Michael Espinosa, and his super-
visor Richard Murphy and on part of the County of San Diego, San Diego
County Probation Department failing to properly train and supervise their
officer's, plaintiff was deprived of the constitution of the United States
of America to be free from Cruel And Unusual Punishment .   The intentional act
of deliberate indifference and constitutional violation caused plaintiff
severe mental, emotional, physical, and financial distress of being deprived

Cont. Count. **4**  Page. 3

of the right to be free from **Cruel And Unusual Punishment**  due to being
seized, arrest, and incarcerated for 22 days pending a rescheduled sentenc-
ing hearing with a bail set in the amount of $55,000.00 dollars due to the
implementation and enforcement of the law, policy, custom, and practice of
West's Ann. Cal. Penal Code Section 1203c(C) page. 88135.  The implementa-
tion and enforcement of Penal Code §1203c(c) was based on false evidence
submitted to the court and accepted  as true which led to the sought,
request, recommendation and enforcement of plaintiff's incarceration.
Plaintiff's is the victim of a crime, and Officers Michael Espinosa, and
Richard Murphy compound the error and committed another crime due to the
submission of known false evidence to the court, and the unjustice of
violating plaintiff's constitutional rights of the United States of America.

Respectfully Submitted

Gerald D. Keeler Sr.
Plaintiff

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

CounT. 5 The following civil right has been violated: _Summary Punishment_

_Without A Trial_

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts:   [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, _by name_, did to violate the right alleged in Count 1.]

On August 27, 2007 at the San Diego County Superior Courthouse Department 22, 220 West Broadway San Diego, California 92101, plaintiff's constitution right of the United States of America was violated by the County of San Diego, San Diego County Probation Department, Probation Officers Michael Espinosa, and his superivsor Richard Murphy to be free from: Summary Punishment Without a Trial. Probation Officers Michael Espinosa, Richard Murphy negligently, intentionally submitted false evidence, known to be false and/or should have known it was false and submitted it before the court as true/genuine, a tampered, forged U.S. Certified Mail Record PS FORM 3811 "Domestic Return Receipt." This false evidence stated "according to the United States mail record plaintiff himself, personally received, had knowledge of, personally signed for the U.S. certified letter on August 16, 2007 at 2:11 PM, and intentionally fail/refused to appear for August 17, 2007 10:00 AM interview. Plaintiff failure to appear prevented Officer Espinosa the opportunity to conduct a interview and generate a presentence report prior to August 27, 2007 sentencing hearing in pursuant to Cal. Rules of Court 4.411 pages 35380, 35381 West's Ann. Cal. Penal Code §1203c(c) page 88135. Due to Probation Officers Espinosa, Murphy submission of false evidence and the request/recommendation of plaintiff's arrest and incarceration Commissioner Francisco Marty used the false evidence as true, and granted Officers Espinosa, Murphy's request and recommendation and ordered Summary Punishment Without a Trial against plaintiff by enforcing and implementing the law, policy, custom, and practice of West's Ann. Cal. Penal Code §1203c(c). Had Officers Espinosa, Murphy investigated plaintiff's suspicion of tampering and forgery of U.S. mail on August 22, 2007 and had not recklessly disregarded the truth that plaintiff did not himself, receive, or sign for the U.S. certified mail on August 16, 2007, it would have been discovered plaintiff is the victim of the crime of forgery which deprived plaintiff the opportunity to appear for the interview on August 17, 2007. Had Probation           . Officers Michael, and his supervisor Richard

§ 1983 SD Form
4(Rev. 4/06)

Cont. Count. _5_ Page. 2

Murphy made any attempt to contact Probation Officer Kathy Arco, to verify
plaintiff's presentence report interview Officer Kathy Arco scheduled on or
around August 07, 2007 at the North County Probation Department 325 Melrose
Drive Vista, California 92083 for August 29, 2007, Officers Espinosa, and
Murphy would have known plaintiff routinely comply, contact, appear when
directed and instructed to do so.  Obviously on August 02, 2007 plaintiff
complied when /personnel at San Diego County Probation Department 3977 Ohio
Street San Diego, California instructed plaintiff to contact probation
Officer Kathy Arco for a interview at the North County location since
plaintiff live in Fallbrook, California.  North County Probation Department
is located approximately 40 miles round-trip from Fallbrook compared to
approximately 120 to 130 miles round-trip to National City, California and
back.  This made sense when plaintiff was told to contact Probation Officer
Kathy Arco, but became confused when plaintiff received the U.S. certified
letter on August 21, 2007 due to the already scheduled interview.  However,
plaintiff would have complied on August 17, 2007 had plaintiff not have been
a victim of a crime that was committed on August 16, 2007.  The truth of
the crime of forgery would have been discovered had any investigation at-
tempts would have been implemented in regards to plaintiff's suspicion of
foul play. Probation Officers Michael Espinosa, Richard Murphy could have respond-
ed to plaintiff's suspicion of forgery who had the means of and could have
made a attempt and effort in obtaining personal knowledge of plaintiff's
signature too compare with the culprit forged signature received back on
the United States Certified Mail Record PS FORM 3811 "Domestic Return
Receipt" on August 16, 2007.  Due to Probation Officers Michael Espinosa,
and his supervisor Richard Murphy deliberate indifference, racial discrima-
nation, gross negligence, recklessness, malice, intentional conduct,
malicious prosecution, conspiracy, acting under the color of state law to
violate plaintiff constitutional right of the United States to be free from
Summary Punishment Without a trial on part of County of San Diego, San Diego County
Probation Department, Probation Officers Michael Espinosa, and his super-
visor Richard Murphy and on part of the County of San Diego, San Diego
County Probation Department failing to properly train and supervise their
officer's, plaintiff was deprived of the constitution of the United States
of America to be free from Summary Punishment Without a trial.  The intentional act
of deliberate indifference and constitutional violation caused plaintiff
severe mental, emotional, physical, and financial distress of being deprived

Cont. Count. _5_ Page. 3

of the right to be free from _Summary Punishment without A Trial_ due to being
seized, arrest, and incarcerated for 22 days pending a rescheduled sentenc-
ing hearing with a bail set in the amount of $55,000.00 dollars due to the
implementation and enforcement of the law, policy, custom, and practice of
West's Ann. Cal. Penal Code Section 1203c(C) page. 88135.  The implementa-
tion and enforcement of Penal Code §1203c(c) was based on false evidence
submitted to the court and accepted as true which led to the sought,
request, recommendation and enforcement of plaintiff's incarceration.
Plaintiff's is the victim of a crime, and Officers Michael Espinosa, and
Richard Murphy compound the error and committed another crime due to the
submission of known false evidence to the court, and the unjustice of
violating plaintiff's constitutional rights of the United States of America.


Respectfully Submitted


Gerald D. Keeler Sr.
Plaintiff

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count. 6  The following civil right has been violated: _The Denial of Due_

_Process_

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

On August 27, 2007 at the San Diego County Superior Courthouse Department 22, 220 West Broadway San Diego, California 92101, plaintiff's constitution right of the United States of America was violated by the County of San Diego, San Diego County Probation Department, Probation Officers Michael Espinosa, and his superivsor Richard Murphy to be free from: The Denial of Due Process.

Probation Officers Michael Espinosa, Richard Murphy negligently, intentionally submitted false evidence, known to be false and/or should have known it was false and submitted it before the court as true/genuine, a tampered, forged U.S. Certified Mail Record PS FORM 3811 "Domestic Return Receipt." This false evidence stated "according to the United States mail record plaintiff himself, personally received, had knowledge of, personally signed for the U.S. certified letter on August 16, 2007 at 2:11 PM, and intentionally fail/refused to appear for August 17, 2007 10:00 AM interview. Plaintiff failure to appear prevented Officer Espinosa the opportunity to conduct a interview and generate a presentence report prior to August 27, 2007 sentencing hearing in pursuant to Cal. Rules of Court 4.411 pages 35380,35381/West's Ann. Cal. Penal Code §1203c(c) page 88135. Due to Probation Officers Espinosa, Murphy submission of false evidence and the request/recommendation of plaintiff's arrest and incarceration Commissioner Francisco Marty used the false evidence as true, and granted Officers Espinosa, Murphy's request and recommendation and ordered The Denial of Due Process against plaintiff by enforcing and implementing the law, policy, custom, and practice of West's Ann. Cal. Penal Code §1203c(c). Had Officers Espinosa, Murphy investigated plaintiff's suspicion of tampering and forgery of U.S. mail on August 22, 2007 and had not recklessly disregarded the truth that plaintiff did not himself, receive, or sign for the U.S. certified mail on August 16, 2007, it would have been discovered plaintiff is the victim of the crime of forgery which deprived plaintiff the opportunity to appear for the interview on August 17, 2007. Had Probation Officers Michael, and his supervisor Richard

Cont. Count. _6_ Page. 2

Murphy made any attempt to contact Probation Officer Kathy Arco, to verify
plaintiff's presentence report interview Officer Kathy Arco scheduled on or
around August 07, 2007 at the North County Probation Department 325 Melrose
Drive Vista, California 92083 for August 29, 2007, Officers Espinosa, and
Murphy would have known plaintiff routinely comply, contact, appear when
directed and instructed to do so.  Obviously on August 02, 2007 plaintiff
complied when ˌpersonnel at San Diego County Probation Department 3977 Ohio
Street San Diego, California instructed plaintiff to contact probation
Officer Kathy Arco for a interview at the North County location since
plaintiff live in Fallbrook, California.  North County Probation Department
is located approximately 40 miles round-trip from Fallbrook compared to
approximately 120 to 130 miles round-trip to National City, California and
back.  This made sense when plaintiff was told to contact Probation Officer
Kathy Arco, but became confused when plaintiff received the U.S. certified
letter on August 21, 2007 due to the already scheduled interview.  However,
plaintiff would have complied on August 17, 2007 had plaintiff not have been
a victim of a crime that was committed on August 16, 2007.  The truth of
the crime of forgery would have been discovered had any investigation at-
tempts would have been implemented in regards to plaintiff's suspicion of
foul play.  Probation Officers Michael Espinosa, Richard Murphy could have respond-
ed to plaintiff's suspicion of forgery who had the means of and could have
made a attempt and effort in obtaining personal knowledge of plaintiff's
signature too compare with the culprit forged signature received back on
the United States Certified Mail Record PS FORM 3811 "Domestic Return
Receipt" on August 16, 2007.  Due to Probation Officers Michael Espinosa,
and his supervisor Richard Murphy deliberate indifference, racial discrima-
nation, gross negligence, recklessness, malice, intentional conduct,
malicious prosecution, conspiracy, acting under the color of state law to
violate plaintiff constitutional right of the United States to be free from
The Denial of Due Process on part of County of San Diego, San Diego County
Probation Department, Probation Officers Michael Espinosa, and his super-
visor Richard Murphy and on part of the County of San Diego, San Diego
County Probation Department failing to properly train and supervise their
officer's, plaintiff was deprived of the constitution of the United States
of America to be free from The Denial of Due Process.  The intentional act
of deliberate indifference and constitutional violation caused plaintiff
severe mental, emotional, physical, and financial distress of being deprived

Cont. Count. **6** Page. 3

of the right to be free from The Denial of Due Process due to being
seized, arrest, and incarcerated for 22 days pending a rescheduled sentenc-
ing hearing with a bail set in the amount of $55,000.00 dollars due to the
implementation and enforcement of the law, policy, custom, and practice of
West's Ann. Cal. Penal Code Section 1203c(C) page. 88135.  The implementa-
tion and enforcement of Penal Code §1203c(c) was based on false evidence
submitted to the court and accepted as true which led to the sought,
request, recommendation and enforcement of plaintiff's incarceration.
Plaintiff's is the victim of a crime, and Officers Michael Espinosa, and
Richard Murphy compound the error and committed another crime due to the
submission of known false evidence to the court, and the unjustice of
violating plaintiff's constitutional rights of the United States of America.


Respectfully Submitted


Gerald D. Keeler Sr.
Plaintiff

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1. The following civil right has been violated: The use of Excessive
Force
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

On August 27, 2007 at the San Diego County Superior Courthouse Department 22, 220 West Broadway San Diego, California 92101, plaintiff's constitution right of the United States of America was violated by the County of San Diego, San Diego County Probation Department, Probation Officers Michael Espinosa, and his superivsor Richard Murphy to be free from: The use of Excessive Force. Probation Officers Michael Espinosa, Richard Murphy negligently, intentionally submitted false evidence, known to be false and/or should have known it was false and submitted it before the court as true/genuine, a tampered, forged U.S. Certified Mail Record PS FORM 3811 "Domestic Return Receipt." This false evidence stated "according to the United States mail record plaintiff himself, personally received, had knowledge of, personally signed for the U.S. certified letter on August 16, 2007 at 2:11 PM, and intentionally fail/refused to appear for August 17, 2007 10:00 AM interview. Plaintiff failure to appear prevented Officer Espinosa the opportunity to conduct a interview and generate a presentence report prior to August 27, 2007 sentencing hearing in pursuant to Cal. Rules of Court 4.411 pages 35380, 35381/West's Ann. Cal. Penal Code §1203c(c) page 88135. Due to Probation Officers Espinosa, Murphy submission of false evidence and the request/recommendation of plaintiff's arrest and incarceration Commissioner Francisco Marty used the false evidence as true, and granted Officers Espinosa, Murphy's request and recommendation and ordered The use of Excessive Force against plaintiff by enforcing and implementing the law, policy, custom, and practice of West's Ann. Cal. Penal Code §1203c(c). Had Officers Espinosa, Murphy investigated plaintiff's suspicion of tampering and forgery of U.S. mail on August 22, 2007 and had not recklessly disregarded the truth that plaintiff did not himself, receive, or sign for the U.S. certified mail on August 16, 2007, it would have been discovered plaintiff is the victim of the crime of forgery which deprived plaintiff the opportunity to appear for the interview on August 17, 2007. Had Probation Officers Michael, and his supervisor Richard

Cont. Count. _7_ Page. 2

Murphy made any attempt to contact Probation Officer Kathy Arco, to verify plaintiff's presentence report interview Officer Kathy Arco scheduled on or around August 07, 2007 at the North County Probation Department 325 Melrose Drive Vista, California 92083 for August 29, 2007, Officers Espinosa, and Murphy would have known plaintiff routinely comply, contact, appear when directed and instructed to do so.  Obviously on August 02, 2007 plaintiff complied when personnel at San Diego County Probation Department 3977 Ohio Street San Diego, California instructed plaintiff to contact probation Officer Kathy Arco for a interview at the North County location since plaintiff live in Fallbrook, California.  North County Probation Department is located approximately 40 miles round-trip from Fallbrook compared to approximately 120 to 130 miles round-trip to National City, California and back.  This made sense when plaintiff was told to contact Probation Officer Kathy Arco, but became confused when plaintiff received the U.S. certified letter on August 21, 2007 due to the already scheduled interview.  However, plaintiff would have complied on August 17, 2007 had plaintiff not have been a victim of a crime that was committed on August 16, 2007.  The truth of the crime of forgery would have been discovered had any investigation attempts would have been implemented in regards to plaintiff's suspicion of foul play.  Probation Officers Michael Espinosa, Richard Murphy could have responded to plaintiff's suspicion of forgery who had the means of and could have made a attempt and effort in obtaining personal knowledge of plaintiff's signature too compare with the culprit forged signature received back on the United States Certified Mail Record PS FORM 3811 "Domestic Return Receipt" on August 16, 2007.  Due to Probation Officers Michael Espinosa, and his supervisor Richard Murphy deliberate indifference, racial discrimination, gross negligence, recklessness, malice, intentional conduct, malicious prosecution, conspiracy, acting under the color of state law to violate plaintiff constitutional right of the United States to be free from _The use of Excessive force_ on part of County of San Diego, San Diego County Probation Department, Probation Officers Michael Espinosa, and his supervisor Richard Murphy and on part of the County of San Diego, San Diego County Probation Department failing to properly train and supervise their officer's, plaintiff was deprived of the constitution of the United States of America to be free from _The use of Excessive force_ .  The intentional act of deliberate indifference and constitutional violation caused plaintiff severe mental, emotional, physical, and financial distress of being deprived

Cont. Count. _7_ Page. 3

of the right to be free from *The Use of Excessive Force* due to being seized, arrest, and incarcerated for 22 days pending a rescheduled sentencing hearing with a bail set in the amount of $55,000.00 dollars due to the implementation and enforcement of the law, policy, custom, and practice of West's Ann. Cal. Penal Code Section 1203c(C) page. 88135.  The implementation and enforcement of Penal Code §1203c(c) was based on false evidence submitted to the court and accepted as true which led to the sought, request, recommendation and enforcement of plaintiff's incarceration. Plaintiff's is the victim of a crime, and Officers Michael Espinosa, and Richard Murphy compound the error and committed another crime due to the submission of known false evidence to the court, and the unjustice of violating plaintiff's constitutional rights of the United States of America.


Respectfully Submitted



Gerald D. Keeler Sr.
Plaintiff

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count. 8 The following civil right has been violated: __Unlawful Seizure of__

__Person__ .

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

On August 27, 2007 at the San Diego County Superior Courthouse Department 22, 220 West Broadway San Diego, California 92101, plaintiff's constitution right of the United States of America was violated by the County of San Diego, San Diego County Probation Department, Probation Officers Michael Espinosa, and his superivsor Richard Murphy to be free from: unlawful Seizure of Person . Probation Officers Michael Espinosa, Richard Murphy negligently, intentionally submitted false evidence, known to be false and/or should have known it was false and submitted it before the court as true/genuine, a tampered, forged U.S. Certified Mail Record PS FORM 3811 "Domestic Return Receipt." This false evidence stated "according to the United States mail record plaintiff himself, personally received, had knowledge of, personally signed for the U.S. certified letter on August 16, 2007 at 2:11 PM, and intentionally fail/refused to appear for August 17, 2007 10:00 AM interview. Plaintiff failure to appear prevented Officer Espinosa the opportunity to conduct a interview and generate a presentence report prior to August 27, 2007 sentencing hearing in pursuant to Cal. Rules of Court 4.411 pages 35380,35381/West's Ann. Cal. Penal Code §1203c(c) page 88135. Due to Probation Officers Espinosa, Murphy submission of false evidence and the request/recommendation of plaintiff's arrest and incarceration Commissioner Francisco Marty used the false evidence as true, and granted Officers Espinosa, Murphy's request and recommendation and ordered unlawful Seizure of Person against plaintiff by enforcing and implementing the law, policy, custom, and practice of West's Ann. Cal. Penal Code §1203c(c). Had Officers Espinosa, Murphy investigated plaintiff's suspicion of tampering and forgery of U.S. mail on August 22, 2007 and had not recklessly disregarded the truth that plaintiff did not himself, receive, or sign for the U.S. certified mail on August 16, 2007, it would have been discovered plaintiff is the victim of the crime of forgery which deprived plaintiff the opportunity to appear for the interview on August 17, 2007. Had Probation . Officers Michael, and his supervisor Richard

Cont. Count. _8_ Page. 2

Murphy made any attempt to contact Probation Officer Kathy Arco, to verify
plaintiff's presentence report interview Officer Kathy Arco scheduled on or
around August 07, 2007 at the North County Probation Department 325 Melrose
Drive Vista, California 92083 for August 29, 2007, Officers Espinosa, and
Murphy would have known plaintiff routinely comply, contact, appear when
directed and instructed to do so. Obviously on August 02, 2007 plaintiff
complied when personnel at San Diego County Probation Department 3977 Ohio
Street San Diego, California instructed plaintiff to contact probation
Officer Kathy Arco for a interview at the North County location since
plaintiff live in Fallbrook, California. North County Probation Department
is located approximately 40 miles round-trip from Fallbrook compared to
approximately 120 to 130 miles round-trip to National City, California and
back. This made sense when plaintiff was told to contact Probation Officer
Kathy Arco, but became confused when plaintiff received the U.S. certified
letter on August 21, 2007 due to the already scheduled interview. However,
plaintiff would have complied on August 17, 2007 had plaintiff not have been
a victim of a crime that was committed on August 16, 2007. The truth of
the crime of forgery would have been discovered had any investigation at-
tempts would have been implemented in regards to plaintiff's suspicion of
foul play. Probation Officers Michael Espinosa, Richard Murphy could have respond-
ed to plaintiff's suspicion of forgery who had the means of and could have
made a attempt and effort in obtaining personal knowledge of plaintiff's
signature too compare with the culprit forged signature received back on
the United States Certified Mail Record PS FORM 3811 "Domestic Return
Receipt" on August 16, 2007. Due to Probation Officers Michael Espinosa,
and his supervisor Richard Murphy deliberate indifference, racial discrima-
nation, gross negligence, recklessness, malice, intentional conduct,
malicious prosecution, conspiracy, acting under the color of state law to
violate plaintiff constitutional right of the United States to be free from
Unlawful Seizure of Person on part of County of San Diego, San Diego County
Probation Department, Probation Officers Michael Espinosa, and his super-
visor Richard Murphy and on part of the County of San Diego, San Diego
County Probation Department failing to properly train and supervise their
officer's, plaintiff was deprived of the constitution of the United States
of America to be free from Unlawful Seizure of Person. The intentional act
of deliberate indifference and constitutional violation caused plaintiff
severe mental, emotional, physical, and financial distress of being deprived

Cont. Count. _8_ Page. 3

of the right to be free from _Unlawful Seizure of Person_ due to being
seized, arrest, and incarcerated for 22 days pending a rescheduled sentenc-
ing hearing with a bail set in the amount of $55,000.00 dollars due to the
implementation and enforcement of the law, policy, custom, and practice of
West's Ann. Cal. Penal Code Section 1203c(C) page. 88135.  The implementa-
tion and enforcement of Penal Code §1203c(c) was based on false evidence
submitted to the court and accepted as true which led to the sought,
request, recommendation and enforcement of plaintiff's incarceration.
Plaintiff's is the victim of a crime, and Officers Michael Espinosa, and
Richard Murphy compound the error and committed another crime due to the
submission of known false evidence to the court, and the unjustice of
violating plaintiff's constitutional rights of the United States of America.


Respectfully Submitted


Gerald D. Keeler Sr.
Plaintiff

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

CounT 9. The following civil right has been violated: *The Negligent Performance of Probation Duties By Probation Officers*. 
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

On August 27, 2007 at the San Diego County Superior Courthouse Department 22, 220 West Broadway San Diego, California 92101, plaintiff's constitution right of the United States of America was violated by the County of San Diego, San Diego County Probation Department, Probation Officers Michael Espinosa, and his superivsor Richard Murphy to be free from: *Negligent Duties By Probation*. Probation Officers Michael Espinosa, Richard Murphy negligently, intentionally submitted false evidence, known to be false and/or should have known it was false and submitted it before the court as true/genuine, a tampered, forged U.S. Certified Mail Record PS FORM 3811 "Domestic Return Receipt." This false evidence stated "according to the United States mail record plaintiff himself, personally received, had knowledge of, personally signed for the U.S. certified letter on August 16, 2007 at 2:11 PM, and intentionally fail/refused to appear for August 17, 2007 10:00 AM interview. Plaintiff failure to appear prevented Officer Espinosa the opportunity to conduct a interview and generate a presentence report prior to August 27, 2007 sentencing hearing in pursuant to Cal. Rules of Court 4.411 pages 35380, 35381/West's Ann. Cal. Penal Code §1203c(c) page 88135. Due to Probation Officers Espinosa, Murphy submission of false evidence and the request/recommendation of plaintiff's arrest and incarceration Commissioner Francisco Marty used the false evidence as true, and granted Officers Espinosa, Murphy's request and recommendation and ordered *Negligent Duties By Probation* against plaintiff by enforcing and implementing the law, policy, custom, and practice of West's Ann. Cal. Penal Code §1203c(c). Had Officers Espinosa, Murphy investigated plaintiff's suspicion of tampering and forgery of U.S. mail on August 22, 2007 and had not recklessly disregarded the truth that plaintiff did not himself, receive, or sign for the U.S. certified mail on August 16, 2007, it would have been discovered plaintiff is the victim of the crime of forgery which deprived plaintiff the opportunity to appear for the interview on August 17, 2007. Had Probation Officers Michael, and his supervisor Richard

Cont. Count. 9 Page. 2

Murphy made any attempt to contact Probation Officer Kathy Arco, to verify plaintiff's presentence report interview Officer Kathy Arco scheduled on or around August 07, 2007 at the North County Probation Department 325 Melrose Drive Vista, California 92083 for August 29, 2007, Officers Espinosa, and Murphy would have known plaintiff routinely comply, contact, appear when directed and instructed to do so. Obviously on August 02, 2007 plaintiff complied when personnel at San Diego County Probation Department 3977 Ohio Street San Diego, California instructed plaintiff to contact probation Officer Kathy Arco for a interview at the North County location since plaintiff live in Fallbrook, California. North County Probation Department is located approximately 40 miles round-trip from Fallbrook compared to approximately 120 to 130 miles round-trip to National City, California and back. This made sense when plaintiff was told to contact Probation Officer Kathy Arco, but became confused when plaintiff received the U.S. certified letter on August 21, 2007 due to the already scheduled interview. However, plaintiff would have complied on August 17, 2007 had plaintiff not have been a victim of a crime that was committed on August 16, 2007. The truth of the crime of forgery would have been discovered had any investigation attempts would have been implemented in regards to plaintiff's suspicion of foul play. Probation Officers Michael Espinosa, Richard Murphy could have responded to plaintiff's suspicion of forgery who had the means of and could have made a attempt and effort in obtaining personal knowledge of plaintiff's signature too compare with the culprit forged signature received back on the United States Certified Mail Record PS FORM 3811 "Domestic Return Receipt" on August 16, 2007. Due to Probation Officers Michael Espinosa, and his supervisor Richard Murphy deliberate indifference, racial discrimation, gross negligence, recklessness, malice, intentional conduct, malicious prosecution, conspiracy, acting under the color of state law to violate plaintiff constitutional right of the United States to be free from Neslisent Duties By Probation on part of County of San Diego, San Diego County Probation Department, Probation Officers Michael Espinosa, and his supervisor Richard Murphy and on part of the County of San Diego, San Diego County Probation Department failing to properly train and supervise their officer's, plaintiff was deprived of the constitution of the United States of America to be free from Neslisent Duties By Probation . The intentional act of deliberate indifference and constitutional violation caused plaintiff severe mental, emotional, physical, and financial distress of being deprived

Cont. Count. _9_ Page. 3

of the right to be free from The Negligent Performance Duties by Probation due to being
seized, arrest, and incarcerated for 22 days pending a rescheduled sentenc-
ing hearing with a bail set in the amount of $55,000.00 dollars due to the
implementation and enforcement of the law, policy, custom, and practice of
West's Ann. Cal. Penal Code Section 1203c(C) page. 88135.  The implementa-
tion and enforcement of Penal Code §1203c(c) was based on false evidence
submitted to the court and accepted  as true which led to the sought,
request, recommendation and enforcement of plaintiff's incarceration.
Plaintiff's is the victim of a crime, and Officers Michael Espinosa, and
Richard Murphy compound the error and committed another crime due to the
submission of known false evidence to the court, and the unjustice of
violating plaintiff's constitutional rights of the United States of America.


Respectfully Submitted



Gerald D. Keeler. Sr.
Plaintiff

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count. 10 The following civil right has been violated: _Malicious Prosecution_

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.).

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

On August 27, 2007 at the San Diego County Superior Courthouse Department 22, 220 West Broadway San Diego, California 92101, plaintiff's constitution right of the United States of America was violated by the County of San Diego, San Diego County Probation Department, Probation Officers Michael Espinosa, and his supervisor Richard Murphy to be free from: _Malicious Prosecution_, Probation Officers Michael Espinosa, Richard Murphy negligently, intentionally submitted false evidence, known to be false and/or should have known it was false and submitted it before the court as true/genuine, a tampered, forged U.S. Certified Mail Record PS FORM 3811 "Domestic Return Receipt." This false evidence stated "according to the United States mail record plaintiff himself, personally received, had knowledge of, personally signed for the U.S. certified letter on August 16, 2007 at 2:11 PM, and intentionally fail/refused to appear for August 17, 2007 10:00 AM interview. Plaintiff failure to appear prevented Officer Espinosa the opportunity to conduct a interview and generate a presentence report prior to August 27, 2007 sentencing hearing in pursuant to Cal. Rules of Court 4.411 pages 35380, 35381/West's Ann. Cal. Penal Code §1203c(c) page 88135. Due to Probation Officers Espinosa, Murphy submission of false evidence and the request/recommendation of plaintiff's arrest and incarceration Commissioner Francisco Marty used the false evidence as true, and granted Officers Espinosa, Murphy's request and recommendation and ordered _Malicious Prosecution_ against plaintiff by enforcing and implementing the law, policy, custom, and practice of West's Ann. Cal. Penal Code §1203c(c). Had Officers Espinosa, Murphy investigated plaintiff's suspicion of tampering and forgery of U.S. mail on August 22, 2007 and had not recklessly disregarded the truth that plaintiff did not himself, receive, or sign for the U.S. certified mail on August 16, 2007, it would have been discovered plaintiff is the victim of the crime of forgery which deprived plaintiff the opportunity to appear for the interview on August 17, 2007. Had Probation Officers Michael, and his supervisor Richard

Cont. Count. _10_ Page. 2

Murphy made any attempt to contact Probation Officer Kathy Arco, to verify
plaintiff's presentence report interview Officer Kathy Arco scheduled on or
around August 07, 2007 at the North County Probation Department 325 Melrose
Drive Vista, California 92083 for August 29, 2007, Officers Espinosa, and
Murphy would have known plaintiff routinely comply, contact, appear when
directed and instructed to do so.  Obviously on August 02, 2007 plaintiff
complied when personnel at San Diego County Probation Department 3977 Ohio
Street San Diego, California instructed plaintiff to contact probation
Officer Kathy Arco for a interview at the North County location since
plaintiff live in Fallbrook, California.  North County Probation Department
is located approximately 40 miles round-trip from Fallbrook compared to
approximately 120 to 130 miles round-trip to National City, California and
back.  This made sense when plaintiff was told to contact Probation Officer
Kathy Arco, but became confused when plaintiff received the U.S. certified
letter on August 21, 2007 due to the already scheduled interview.  However,
plaintiff would have complied on August 17, 2007 had plaintiff not have been
a victim of a crime that was committed on August 16, 2007.  The truth of
the crime of forgery would have been discovered had any investigation at-
tempts would have been implemented in regards to plaintiff's suspicion of
foul play.  Probation Officers Michael Espinosa, Richard Murphy could have respond-
ed to plaintiff's suspicion of forgery who had the means of and could have
made a attempt and effort in obtaining personal knowledge of plaintiff's
signature too compare with the culprit forged signature received back on
the United States Certified Mail Record PS FORM 3811 "Domestic Return
Receipt" on August 16, 2007.  Due to Probation Officers Michael Espinosa,
and his supervisor Richard Murphy deliberate indifference, racial discrima-
nation, gross negligence, recklessness, malice, intentional conduct,
malicious prosecution, conspiracy, acting under the color of state law to
violate plaintiff constitutional right of the United States to be free from
_Malicious Prosecution_ on part of County of San Diego, San Diego County
Probation Department, Probation Officers Michael Espinosa, and his super-
visor Richard Murphy and on part of the County of San Diego, San Diego
County Probation Department failing to properly train and supervise their
officer's, plaintiff was deprived of the constitution of the United States
of America to be free from _Malicious Prosecution_.  The intentional act
of deliberate indifference and constitutional violation caused plaintiff
severe mental, emotional, physical, and financial distress of being deprived

Cont. Count. _10_ Page. 3

of the right to be free from *Malicious Prosecution* due to being
seized, arrest, and incarcerated for 22 days pending a rescheduled sentenc-
ing hearing with a bail set in the amount of $55,000.00 dollars due to the
implementation and enforcement of the law, policy, custom, and practice of
West's Ann. Cal. Penal Code Section 1203c(C) page. 88135.  The implementa-
tion and enforcement of Penal Code §1203c(c) was based on false evidence
submitted to the court and accepted  as true which led to the sought,
request, recommendation and enforcement of plaintiff's incarceration.
Plaintiff's is the victim of a crime, and Officers Michael Espinosa, and
Richard Murphy compound the error and committed another crime due to the
submission of known false evidence to the court, and the unjustice of
violating plaintiff's constitutional rights of the United States of America.


Respectfully Submitted



Gerald D. Keeler Sr.
Plaintiff

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

CounT. 11 The following civil right has been violated: _Different treatment Due_
_to Racial Discrimination_                (E.g., right to medical care, access to courts,

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

On August 27, 2007 at the San Diego County Superior Courthouse Department 22, 220 West Broadway San Diego, California 92101, plaintiff's constitution right of the United States of America was violated by the County of San Diego, San Diego County Probation Department, Probation Officers Michael Espinosa, and his superivsor Richard Murphy to be free from: _Different Treatment Due To Race._ Probation Officers Michael Espinosa, Richard Murphy negligently, intentionally submitted false evidence, known to be false and/or should have known it was false and submitted it before the court as true/genuine, a tampered, forged U.S. Certified Mail Record PS FORM 3811 "Domestic Return Receipt." This false evidence stated "according to the United States mail record plaintiff himself, personally received, had knowledge of, personally signed for the U.S. certified letter on August 16, 2007 at 2:11 PM, and intentionally fail/refused to appear for August 17, 2007 10:00 AM interview. Plaintiff failure to appear prevented Officer Espinosa the opportunity to conduct a interview and generate a presentence report prior to August 27, 2007 sentencing hearing in pursuant to Cal. Rules of Court 4.411 pages 35380, 35381/West's Ann. Cal. Penal Code §1203c(c) page 88135. Due to Probation Officers Espinosa, Murphy submission of false evidence and the request/recommendation of plaintiff's arrest and incarceration Commissioner Francisco Marty used the false evidence as true, and granted Officers Espinosa, Murphy's request and recommendation and ordered _Different Treatment Due To Race_ against plaintiff by enforcing and implementing the law, policy, custom, and practice of West's Ann. Cal. Penal Code §1203c(c). Had Officers Espinosa, Murphy investigated plaintiff's suspicion of tampering and forgery of U.S. mail on August 22, 2007 and had not recklessly disregarded the truth that plaintiff did not himself, receive, or sign for the U.S. certified mail on August 16, 2007, it would have been discovered plaintiff is the victim of the crime of forgery which deprived plaintiff the opportunity to appear for the interview on August 17, 2007. Had Probation Officers Michael, and his supervisor Richard

Cont. Count. *11* Page. 2

Murphy made any attempt to contact Probation Officer Kathy Arco, to verify plaintiff's presentence report interview Officer Kathy Arco scheduled on or around August 07, 2007 at the North County Probation Department 325 Melrose Drive Vista, California 92083 for August 29, 2007, Officers Espinosa, and Murphy would have known plaintiff routinely comply, contact, appear when directed and instructed to do so. Obviously on August 02, 2007 plaintiff complied when /personnel at San Diego County Probation Department 3977 Ohio Street San Diego, California instructed plaintiff to contact probation Officer Kathy Arco for a interview at the North County location since plaintiff live in Fallbrook, California. North County Probation Department is located approximately 40 miles round-trip from Fallbrook compared to approximately 120 to 130 miles round-trip to National City, California and back. This made sense when plaintiff was told to contact Probation Officer Kathy Arco, but became confused when plaintiff received the U.S. certified letter on August 21, 2007 due to the already scheduled interview. However, plaintiff would have complied on August 17, 2007 had plaintiff not have been a victim of a crime that was committed on August 16, 2007. The truth of the crime of forgery would have been discovered had any investigation attempts would have been implemented in regards to plaintiff's suspicion of foul play. Probation Officers Michael Espinosa, Richard Murphy could have responded to plaintiff's suspicion of forgery who had the means of and could have made a attempt and effort in obtaining personal knowledge of plaintiff's signature too compare with the culprit forged signature received back on the United States Certified Mail Record PS FORM 3811 "Domestic Return Receipt" on August 16, 2007. Due to Probation Officers Michael Espinosa, and his supervisor Richard Murphy deliberate indifference, racial discrimation, gross negligence, recklessness, malice, intentional conduct, malicious prosecution, conspiracy, acting under the color of state law to violate plaintiff constitutional right of the United States to be free from *Different Treatment Due To Race* on part of County of San Diego, San Diego County Probation Department, Probation Officers Michael Espinosa, and his supervisor Richard Murphy and on part of the County of San Diego, San Diego County Probation Department failing to properly train and supervise their officer's, plaintiff was deprived of the constitution of the United States of America to be free from *Different Treatment Due To Race*. The intentional act of deliberate indifference and constitutional violation caused plaintiff severe mental, emotional, physical, and financial distress of being deprived

Cont. Count. _//_ Page. 3

of the right to be free from _Different Treatment Due To Race_ due to being seized, arrest, and incarcerated for 22 days pending a rescheduled sentencing hearing with a bail set in the amount of $55,000.00 dollars due to the implementation and enforcement of the law, policy, custom, and practice of West's Ann. Cal. Penal Code Section 1203c(C) page. 88135. The implementation and enforcement of Penal Code §1203c(c) was based on false evidence submitted to the court and accepted as true which led to the sought, request, recommendation and enforcement of plaintiff's incarceration. Plaintiff's is the victim of a crime, and Officers Michael Espinosa, and Richard Murphy compound the error and committed another crime due to the submission of known false evidence to the court, and the unjustice of violating plaintiff's constitutional rights of the United States of America.

Respectfully Submitted

Gerald D. Keeler Sr.
Plaintiff

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☐ Yes ☒No.

If your answer is "Yes", describe each suit in the space below.  [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: _____

Defendants: _____

(b) Name of the court and docket number: _____
_____

(c) Disposition: [ For example, was the case dismissed, appealed, or still pending?] _____
_____

(d) Issues raised: _____
_____
_____
_____
_____

(e) Approximate date case was filed: _____.

(f) Approximate date of disposition: _____.

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ? ☐ Yes ☒No.

If your answer is "Yes", briefly describe how relief was sought and the results.   If your answer is "No", briefly explain why administrative relief was not sought.

_____
        This is not a incarceration issue in prison
_____
_____
_____
_____
_____
_____
_____

§ 1983 SD Form
(Rev. 4/06)

6

**E. Request for Relief**

Plaintiff requests that this Court grant the following relief:

    1. An injunction preventing defendant(s): _____

_____

_____

_____

    2. Damages in the sum of $ _1 MILLON_ (1,000,000,00)

    3. Punitive damages in the sum of $ __5 MILLON__ (5,000,000.00)

    4. Other: 1 Millon (1,000,000.00 ) behalf of Josie Keeler & Sons due to the depriva-
tion of love, care, support, companionship thus causing emotional and mental distress.

Plaintiff seek reasonable attorney's fees and the costs insured in litigation this action pursuant
to 42 U.S.C.A. § 1988

**F. Demand for Jury Trial**

    Plaintiff demands a trial by ☒ Jury  ☐ Court.  (Choose one.)

**G.  Consent to Magistrate Judge Jurisdiction**

    In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

    The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

    You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

| ☐ Plaintiff consents to magistrate judge jurisdiction as set forth above. | **OR** | ☒ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case. |

March 25, 2008
_____
Date

_____
Signature of Plaintiff

# PROOF OF SERVICE BY MAIL
## [C.C.P. § 1013 (a) § 2015.5]

I, _GERALD D. KEELER_ hereby declare:

1. I am over the age of eighteen (18) and [not] a party to this action. I am an inmate in the County of Tuolumne, CDCR # _F87223_. With the address of:

   5150 O'BYRNES FERRY ROAD
   JAMESTOWN, CA 95327

2. On _MARCH 24_, 2 _008_, I served via United States Mail a copy Of the following document(s):

[  ] DEMAND FOR SPEEDY TRIAL, PURSUANT TO PENAL CODE § 1381
[  ] MOTION FOR DISMISSAL, PURSUANT TO PENAL CODE § 1381
[  ] RESPONSE TO DISOLUTION OF MARRIGE
[  ] DEMAND FOR DISMISSAL, PURSUANT TO VEHICLE CODE § 41500
[  ] WRIT OF HABEAS CORPUS
[X] OTHER (Specify) _42 U.S.C.A 1983 Civil Right Complaint_

In the matter and /or case of _08-0076 (JAH)(PCL)_

case no _____ for the County or Court of _U-S- District Southern_ in an envelope, sealed in view of staff, with the address to be processed through the mailroom at this facility. The envelope was placed into the designated mail receptacle and mailed to the following address(es) noted:

1. _CLERK of U.S District Court_
2. _Room 4290_
3. _880 FRONT STREET_
4. _San Diego, CA 92101-8500_
5. _____
6. _____

I declare under penalty of perjury that the foregoing is true and correct to the best of my Knowledge.

This document was executed on the _24_ day of _March_ for the year _2008_ At Jamestown, California

Name _GERALD D. Keeler Sr._   Signature _Gerald D. Keeler Sr._