Gerald D. Keeler Sr.
(Name)
F87223         01-06L
(CDC#)         (Cell)
5150 O'Brynes Ferry Rd.
Jamestown, CA  95327

In Pro Se

FILED
2008 APR 15  AM 9:18
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____Rm_____ DEPUTY

NUNC PRO TUNC
APR 11 2008

UNITED STATES DISTRICT COURT

FOR THE ___SOUTHERN___ DISTRICT OF CALIFORNIA

Gerald D. Keeler Sr.,

        Petitioner,

vs.

        Defendant(s).
Richard Murphy
Michael Espinosa
County of San Diego

CASE NUMBER: 08-0076 (JAH)(PCL)

MOTION AND DECLARATION FOR APPOINTMENT OF COUNSEL

COMES NOW, Petitioner ___Gerald D. Keeler Sr___, who respectfully moves this Honorable Court for an order appointing counsel at public expense pursuant to 28 U.S.C., section 1915(d); 18 U.S.C., section 3006A.

[X]  Counsel should be appointed because the issues in this case are particularly complex. <u>Dillon v. United States</u>, (9th Cir. 1962) 307 F.2d 445; <u>Hawkins v. Bennet</u>, (1970) 423 F.2d 948  These issues are set forth as follows: 1. Intentional Infliction of Emotional Distress  2. Interference with Constitututionally Protected Family Relationship  3. Illegal Arrest And Imprisonment  4. Cruel And Unusual Punishment  5. Summary Punishment Without a Trial  6. The Denial of Due Process  7. The Use Of Excessive Force  8. Unlawful Seizure Of Person  9. Negligent By Probation Officers  9. Malicious Prosecution

MOTION AND DECLARATION FOR APPOINTMENT OF COUNSEL

1

11. Racial Discrimination

[xx] Counsel should be appointed because Petitioner is: [ ] Illiterate [xx] Suffers from a mental disability and is unable to proceed alone. Kreiling v. Field, (9th Cir. 1970) 431 F.2d 638

[ ] Counsel should be appointed because this Court has granted Petitioner leave to use discovery before the hearing, and counsel is needed to allow Petitioner to make use of those discovery rights. Habeas Rule 6(a)

[ ] Counsel should be appointed because an evidentiary hearing has been set by this Court. Habeas Rule 8(c).

[xx] Counsel should also be appointed for the following reason(s):
Due to the grave constitutional violation plaintiff do not have the updated law material here at this reception yard at Seirra Conservation Center which is a training facility for fire fighters. Additionally, S.C.C. do not have train Law Library Assistance that can assist me with this work. I do not get adequate Law Library time.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at S. C. C.    City of Jamestown County of Tuolumne    on 7 April

Respectfully submitted,

Gerald D. Keeler Sr.

///
///
///
///
///
///
///
///
///

MOTION AND DECLARATION FOR APPOINTMENT OF COUNSEL

2

# PROOF OF SERVICE BY MAIL
## [C.C.P. § 1013 (a) § 2015.5]

I, __GERALD D. KEELER SR__ hereby declare:

1. I am over the age of eighteen (18) and [not] a party to this action. I am an inmate in the County of Tuolumne, CDCR # __F87223__. With the address of:

    5150 O'BYRNES FERRY ROAD
    JAMESTOWN, CA 95327

2. On __MARCH 24__, 2__008__, I served via United States Mail a copy Of the following document(s):

    [ ] DEMAND FOR SPEEDY TRIAL, PURSUANT TO PENAL CODE § 1381
    [ ] MOTION FOR DISMISSAL, PURSUANT TO PENAL CODE § 1381
    [ ] RESPONSE TO DISOLUTION OF MARRIGE
    [ ] DEMAND FOR DISMISSAL, PURSUANT TO VEHICLE CODE § 41500
    [ ] WRIT OF HABEAS CORPUS
    [X] OTHER (Specify) __Motion For Appointment of Counsel__

    In the matter and /or case of __08-0076 (JAH)(PCL)__

    case no _____ for the County or Court of __U.S. District Southern__ in an envelope, sealed in view of staff, with the address to be processed through the mailroom at this facility. The envelope was placed into the designated mail receptacle and mailed to the following address(es) noted:

    1. _____
    2. __Clerk of U.S. District Court__
    3. __Room 4290__
    4. __880 Front Street__
       __San Diego, CA 92101-8900__
    5. _____
    6. _____

I declare under penalty of perjury that the foregoing is true and correct to the best of my Knowledge.

This document was executed on the __7__ day of __April__ for the year __2008__
At Jamestown, California

Name __GERALD D. KEELER SR__   Signature __/s/ Gerald D. Keeler__