# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

**FILED**
2008 APR 15 AM 9:18
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ___ DEPUTY

TO: ☑ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE    Houston

FROM: R. Mullin, Deputy Clerk    RECEIVED DATE: 4/11/2008

CASE NO.: 08cv0076 JAH (PCL)    DOCUMENT FILED BY: Plaintiff

CASE TITLE: Keeler v. County of San Diego, et al

DOCUMENT ENTITLED: First Amended Complaint w/Memorandum of Points & Authorities

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | **OTHER: Documents already on file (Docket #6).** |

Date forwarded: 4/11/2008

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.    Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Judge Houston

Dated: 4/14/08    By: CMB, PSLC

cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Document Discrepancy / Court Order]

Gerald D. Keeler Sr.
(Name)

Calavares 01-06L
(Address)

5150 O'Brynes Ferry Rd.
(City, State, Zip)

Jamestown, Ca  95327
(CDC Inmate No.)

F87223



# United States District Court
## Southern District of California

Gerald D. Keeler Sr.,            )
(Enter full name of plaintiff in this action.)   )
                                 )
                    Plaintiff,   )   Civil Case No. 08-0076 JAH (PCL)
                                 )   (To be supplied by Court Clerk)
v.                               )
                                 )   **FIRST AMENDED**
                                 )   Complaint under the
County of San Diego          ,   )   Civil Rights Act
_____      ,   )   42 U.S.C. § 1983
_____      ,   )
_____      ,   )
(Enter full name of each defendant in this action.) )
                    Defendant(s).)
                                 )

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.
42 U.S.C.A. §1981 / U.S.C.A. §242 / 42 U.S.C.A. §1985 / 18 U.S.C.A.
42 U.S.C.A. §1982 / 42 U.C.A. §1984 / 42 U.S.C.A. §1986

## B. Parties

1. Plaintiff: This complaint alleges that the civil rights of Plaintiff, Gerald D.
                                                                    (print Plaintiff's name)
Keeler Sr._____, who presently resides at Calaveras 01-06L
                                             (mailing address or place of confinement)
5150 O'Brynes Ferry Road Jamestown, CA 95327, were violated by the actions
of the below named individuals. The actions were directed against Plaintiff at San Diego
County Superior Courthouse Dept.22 on (dates) 8-27-2007, 8-27-2007, and 8-27-2007.
(institution/place where violation occurred)          (Count 1)   (Count 2)   (Count 3)
                                              PLEASE NOTE: ALL COUNTS : 08-27-2007

§ 1983 SD Form
(Rev. 4/06)