Date: 6-12-08

U.S. District Court
Southern Division
ATTN: Court Clerk
880 Front Street, # 4290
San Diego, CA

Re: Change of address / (Case # 08-0076 JAH (PCL))

Clerk of the Court:

This letter is to notify you of my change of address. New address is 14467 Central Avenue CHINO, CA 91710. Please make this correction and forward all mail to this address.

Sincerely,

Gerald D. Kiehl

*FILED JUN 1 6 2008 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY ___ DEPUTY*

GERAD KEEKR F87223
14467 Central Ave
Chino, CA 91710

CITY OF INDUSTRY CA 91...
PASADENA, CA 9...
13 JUN 2008 PM 6
USA 42

United States District Court
Southern District of California
Office of The Clerk    Suite 4290
880 FRONT STREET,
San Diego, CA 92101-8900