**NUNC PRO TUNC**

**JUL 29 2008**

**FILED**

**08 AUG -7 AM 11: 29**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ___ DEPUTY

Date: July 28, 2008

United States District Court
Southern district of California
Office of Hon. John A. Houston
880 Front Street, Suite # 4290
San Diego, CA  92101-8900

Re: Case #08-0076 JAH (PCL) Keeler vs. County of San Diego

Honorable John A. Houston:

I Gerald D. Keeler Sr the plaintiff in the above complaint would like to request the court to dismiss this case without prejudice until I am released from custody. I'm in a facility that has no law library that would interefere with meeting any court deadlines the court impose. I am asking the courts to allow me to re-file or re-open this complaint at a later time in the future according to the statue of limitation if I choose to pursue this matter. Your help in making this notation regarding this request will be highly appreciated.

Sincerely

Gerald D. Keeler Sr.