UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

FILED
2008 AUG 13 PM 12: 23
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

*This space for Clerk's Office File Stamp*

TO: ☒ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE Houston
FROM: _____ Deputy Clerk   RECEIVED DATE: 8/8/2008
CASE NO.: 08cv076   DOCUMENT FILED BY: Plaintiff Keeler
CASE TITLE: Keeler v. County of San Diego
DOCUMENT ENTITLED: Motion for Extension of Time and/or Dismissal Without Prejudice

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ |  | Supplemental documents require court order |
| ☐ |  | Default Judgment in sum certain includes calculated interest |
| ☐ |  | OTHER: Plaintiff previously made the same request via letter dated July 28, 2008 (doc. no. 14). The Court directed the Clerk of Court to file the letter nunc pro tunc, but construed it as a voluntary dismissal. Thus, the relief requested in the instant motion has already been granted. This case is now closed. |

Date forwarded: 8/12/2008

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☒ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: John A. Houston

Dated: 8-12-08   By: e. Hill
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

Gerald D. Keeler/F87223
14467 CENTRAL AVE, PRADO CAMP
CHINO, CA 91710



IN Propria Persona

United STATES District Court
Southern District of CALIFORNIA

GERALD D. KEELER SR

              Plaintiff,

-V-

COUNTY OF SAN DIEGO
              DEFENDANT,

CIVIL CASE NO. 08-0076 JAH (PCL)

MOTION FOR EXTENTION OF TIME AND/OR DISMISSAL WITHOUT PREJUDICE

TO THE HONORABLE JUDGE JOHN A. HOUSTON OF THE United STATES District Court Southern District of CALIFORNIA.

Comes now, Gerald D. Keeler Sr, the Plaintiff in the above entitled matter and the Plaintiff herein, and moves this Honorable court for an order EXTENTION OF TIME OF 180 DAYS in the above-entitled cause on this matter AND/OR Dismissal without prejudice until further notice.

IN SUPPORT OF THIS MOTION, Plaintiff set forth the following grounds for this request. Plaintiff was moved to a Camp facility that has no law library. Due to this move plaintiff would not be able to meet Court deadlines that are imposed in this matter. In Order to protect plaintiff's civil and Constitutional Rights in this Complaint plaintiff is asking the Court to allow plaintiff to re-open this complaint at a later time in the future according

1.